IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3134 |
| vs. | |
| JASON NOVOTNY, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant Novotny's unopposed motion to modify conditions of release, (Filing No. 60), is granted.

2) The Court's prior order setting conditions of release, (Filing No. 40), is modified as follows: Defendant Novotny is no longer prohibited from having contact, associating, or communicating with co-defendant Carly Pickel.

3) Upon release from Houses of Hope, Defendant Novotny shall transition to live with his parents.

4) Defendant Novotny shall comply with all other terms and conditions of his pretrial release.

Dated this 24th day of May, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge