IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3134 |
| vs. | **ORDER** |
| JASON FLOYD NOVOTNY, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 84) is granted.

2. Defendant Jason Floyd Novotny's sentencing is continued to October 19, 2018, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of August, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge